UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDWARD EARL LARUE CLARK                                 CIVIL ACTION

VERSUS                                                  NO. 25-2546

TERREBONNE PARISH SHERIFF'S                             SECTION: "C"(3)
OFFICE, ET AL.

## ORDER

The Court, having considered the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party

to file an objection to the Magistrate Judge's Report and Recommendation, hereby

approves the Report and Recommendation of the United States Magistrate Judge and

adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that Edward Earl LaRue Clark's Complaint is **DISMISSED**

**WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 6th day of May, 2026.

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE